UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on March 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   ALBERTO CARRERO
   GRISELDA P. CARRERO

Case No.:  13-12383

Judge:  ROSEMARY GAMBARDELLA

### ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: March 14, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): ALBERTO CARRERO
GRISELDA P. CARRERO

Case No.: 13-12383RG

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

---

ORDERED, that the claim of PNC BANK, Court Claim Number 2, be reduced to amount paid to date through the plan by the Standing Trustee, the amount paid to date through the plan by the Standing Trustee.