UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on March 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   ALBERTO CARRERO
   GRISELDA P. CARRERO

Case No.:  13-12383

Judge:  ROSEMARY GAMBARDELLA

**ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM**

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: March 14, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): ALBERTO CARRERO
GRISELDA P. CARRERO

Case No.: 13-12383RG

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

ORDERED, that the claim of PNC BANK, Court Claim Number 2, be reduced to amount paid to date through the plan by the Standing Trustee, the amount paid to date through the plan by the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Alberto Carrero  
Griselda P. Carrero  
    Debtors

Case No. 13-12383-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 15, 2018  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2018.  
db/jdb         +Alberto Carrero,    Griselda P. Carrero,    26 Liberty Street,    Passaic, NJ 07055-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2018                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2018 at the address(es) listed below:

         Andrew L. Spivack    on behalf of Creditor    Bank of America, N.A., servicer for U.S. Bank,  
          National Association, Successor Trustee to Bank of America, N.A., as Successor Trsutee to  
          LaSalle Bank, N.A. as Trsutee for The Merrill Lynch First Frank nj.bkecf@fedphe.com  
         Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as trustee, in trust  
          for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed  
          Certificates, Series 2007-FF1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Marie-Ann Greenberg (NA)    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com  
         Russell L. Low    on behalf of Joint Debtor Griselda P. Carrero rbear611@aol.com,  
          ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
         Russell L. Low    on behalf of Debtor Alberto Carrero rbear611@aol.com,  
          ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
                                                                                                TOTAL: 6