Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 13−12383−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alberto Carrero
26 Liberty Street
Passaic, NJ 07055

Griselda P. Carrero
26 Liberty Street
Passaic, NJ 07055

Social Security No.:
xxx−xx−5366

xxx−xx−7351

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/1/18 at 09:00 AM

to consider and act upon the following:

**58** − Certification in Opposition to (related document:56 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 7/3/2018. (Attachments: # 1 Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Russell L. Low on behalf of Alberto Carrero, Griselda P. Carrero. (Low, Russell)

Dated: 7/6/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court