Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  13−12383−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alberto Carrero                              Griselda P. Carrero
26 Liberty Street                            26 Liberty Street
Passaic, NJ 07055                            Passaic, NJ 07055

Social Security No.:
xxx−xx−5366                                  xxx−xx−7351

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/1/18 at 09:00 AM

to consider and act upon the following:

*58* − Certification in Opposition to (related document:56 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 7/3/2018. (Attachments: # 1 Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Russell L. Low on behalf of Alberto Carrero, Griselda P. Carrero. (Low, Russell)

Dated: 7/6/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Alberto Carrero
Griselda P. Carrero
      Debtors

Case No. 13-12383-RG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin         Page 1 of 1         Date Rcvd: Jul 06, 2018
                        Form ID: ntchrgbk     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2018.
db/jdb         +Alberto Carrero,   Griselda P. Carrero,   26 Liberty Street,   Passaic, NJ 07055-2708
cr            +Bank of America, N.A., servicer for U.S. Bank, Nat,   Phelan Hallinan & Schmieg, PC,
             400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                   TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2018 at the address(es) listed below:
        Andrew L. Spivack   on behalf of Creditor  Bank of America, N.A., servicer for U.S. Bank,
        National Association, Successor Trustee to Bank of America, N.A., as Successor Trsutee to
        LaSalle Bank, N.A. as Trsutee for The Merrill Lynch First Frank nj.bkecf@fedphe.com
        Denise E. Carlon   on behalf of Creditor  U.S. Bank National Association, as trustee, in trust
        for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed
        Certificates, Series 2007-FF1 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Marie-Ann Greenberg   magecf@magtrustee.com
        Marie-Ann Greenberg (NA)   on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com
        Russell L. Low   on behalf of Joint Debtor Griselda P. Carrero rbear611@aol.com,
        ecf@lowbankruptcy.com;r57808@notify.bestcase.com
        Russell L. Low   on behalf of Debtor Alberto Carrero rbear611@aol.com,
        ecf@lowbankruptcy.com;r57808@notify.bestcase.com
                                                            TOTAL: 6